IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GRIZZARD COMMUNICATIONS GROUP INC, a Delaware Corporation, | ) ) ) | |
| Plaintiff, | ) ) | 4:05CV3182 |
| v. | ) ) ) | |
| MICHAEL MONK, an individual, JERRY BUCKLER, an individual, JIM TEDFORD, an individual, and ALPHA DOG MARKETING INC, a Nebraska Corporation, | ) ) ) ) ) | ORDER |
| Defendants. | ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with <u>Fed. R. Civ. P. 26(f)</u> and, by August 29, 2005, file their Report of Parties' Planning Conference.

DATED August 11, 2005

/s/ *David L. Piester*
United States Magistrate Judge
