IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GRIZZARD COMMUNICATIONS GROUP, INC., a Delaware Corporation, | ) ) ) | Case No. 4:05CV3182 |
| Plaintiff, | ) ) | |
| v. | ) ) | REASSIGNMENT ORDER |
| MICHAEL MONK, an individual, JERRY BUCKLER, an individual, JIM TEDFORD, an individual, and ALPHA DOG MARKETING, INC., a Nebraska Corporation, | ) ) ) ) ) | |
| Defendants. | ) | |

Report of Parties' Planning Conference, filing 19, states that the parties do not consent to trial before a magistrate judge. Accordingly,

IT IS ORDERED that this case is reassigned to United States District Judge Warren K. Urbom for disposition and to Magistrate Judge David L. Piester for judicial supervision and processing of all pretrial matters.

Dated this 31st day of August, 2005.

BY THE COURT:

s/Joseph F. Bataillon
Joseph F. Bataillon, Chief Judge
United States District Court