IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GRIZZARD COMMUNICATIONS GROUP, | ) ) ) | |
| Plaintiff, | ) ) | 4:05CV3182 |
| v. | ) ) | |
| MICHAEL MONK, JERRY BUCKLER, JIM TEDFORD, and ALPHA DOG MARKETING, | ) ) ) ) | ORDER ON MOTION FOR LEAVE TO SUBMIT REPLY BRIEF IN SUPPORT OF DEFENDANT MONK'S MOTION TO DISMISS |
| Defendants. | ) ) | |

   IT IS ORDERED that the Motion for Leave to Submit Reply Brief in Support of Defendant Monk's Motion to Dismiss, filing 29, is granted and Defendant Michael Monk shall file his reply brief *instaner*.

   DATED this 28th day of September, 2005.

                            BY THE COURT:


                            s/  Warren K. Urbom
                            Senior United States District Judge