```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| GRIZZARD COMMUNICATIONS GROUP, INC., a Delaware corporation, | ) ) ) ) | |
| Plaintiff, | ) ) ) | 4:05CV3182 |
| v. | ) ) | ORDER |
| MICHAEL MONK, an individual, JERRY BUCKLER, an individual, JIM TEDFORD, an individual, and ALPHA DOG MARKETING, INC., a Nebraska corporation, | ) ) ) ) ) ) | |
| Defendants. | ) | |

The parties have jointly moved (by letter) for a continuance of the mediation report deadline established under paragraph 1 of the court's filing 21 scheduling order.

IT THEREFORE HEREBY IS ORDERED:

1. The parties' request for a continuance is granted.

2. The parties are given until January 31, 2006 to submit their further reports on mediation as required under paragraph 1 of the court's filing 21 scheduling order.

DATED this 3nd day of November, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge