IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GRIZZARD COMMUNICATIONS GROUP, | ) ) ) | |
| Plaintiff, | ) ) | 4:05CV3182 |
| v. | ) ) | |
| MICHAEL MONK, JERRY BUCKLER, JIM TEDFORD, and ALPHA DOG MARKETING, | ) ) ) ) | ORDER ON JOINT STIPULATION FOR DISMISSAL OF DEFENDANT MICHAEL MONK'S COUNTERCLAIM |
| Defendants. | ) ) | |

    IT IS ORDERED that the Joint Stipulation for Dismissal of Defendant Michael Monk's Counterclaim, filing 43, is granted and the Counterclaim asserted by defendant Michael Monk in his Answer and Counterclaim, filing 34, is dismissed with prejudice.

    Dated December 12, 2005.

                                BY THE COURT

                                s/ Warren K. Urbom
                                United States Senior District Judge