```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| GRIZZARD COMMUNICATIONS GROUP, | ) ) ) | |
| Plaintiff, | ) ) | 4:05CV3182 |
| v. | ) ) | |
| MICHAEL MONK, JERRY BUCKLER, JIM TEDFORD and ALPHA DOG MARKETING, | ) ) ) ) | ORDER |
| Defendants. | ) ) | |

IT IS ORDERED:

The parties' joint motion for continuance, filing 46, is granted and:

1. Non-jury trial is continued to 9:00 a.m., June 19, 2006 for a duration of five days before the Honorable Warren K. Urbom in Courtroom 4, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  Trial is subject to the prior disposition or continuance of any criminal matters which may be set for that week.

2. The pretrial conference will be held June 6, 2006 at 9:00 a.m. before the undersigned magistrate judge.

3. The deposition deadline is continued to May 23, 2006 and other deadlines which use the deposition deadline as a point of reference are extended accordingly.

4. All other provisions of the court's order setting this case for trial shall remain in effect.

DATED this 24th day of January, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge