**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| GRIZZARD COMMUNICATIONS, ) <br> GROUP, INC., a Delaware corporation, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MICHAEL MONK, JERRY BUCKLER, ) <br> JIM TEDFORD, and ALPHA DOG ) <br> MARKETING, INC., a Nebraska corporation, ) <br> ) <br> Defendants. ) | Case No. 4:05 CV 3182 <br><br><br> ***ORDER RE: DISMISSAL*** <br> ***WITH PREJUDICE*** |

This matter is before the Court on the Joint Stipulation for Dismissal With Prejudice of Plaintiff Grizzard Communications Group, Inc. and Defendants Michael Monk, Jerry Buckler, Jim Tedford and Alpha Dog Marketing, Inc. The Court, having reviewed such Joint Stipulation and being otherwise fully advised in the premises, finds that the Joint Stipulation should be and hereby is approved.

ACCORDINGLY, IT IS ORDERED that all claims asserted by Plaintiff in this case against Defendants are hereby dismissed, with prejudice, each party to bear his or its own attorney's fees and costs.

Dated this 26th day of July, 2006.

                By the Court:

                s/ Warren K. Urbom
                United States Senior District Judge

PREPARED AND SUBMITTED BY:        HARDING, SHULTZ & DOWNS and

| | |
|---|---|
| GREGORY D. BARTON - 18759<br>800 Lincoln Square<br>121 South 13th Street<br>P.O. Box 82028<br>Lincoln, NE  68501-2028<br>(402) 434-3000<br>Defendants' Attorneys | REMBOLT LUDTKE, L.L.P. and<br>MARK A. FAHLESON - 19807<br>1201 Lincoln Mall, Suite 102<br>Lincoln, Nebraska 68508<br>(402) 475-5100 |

BY:   s/Mark A. Fahleson   
      One of Plaintiff's Attorneys

APPROVED AS TO FORM AND CONTENT:

C:\Documents and Settings\EJL\Local Settings\Temp\notesA73818\~6638664.wpd